JEFFREY N. MAUSNER (State Bar No. 122385)
21800 Oxnard Street, Suite 910
Woodland Hills, California 91367-3640
Telephone: (310) 617-8100; (818) 992-7500
Facsimile: (818) 716-2773

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, a corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV 07-5156 AHM (SHx) <br><br> OPPOSITION TO MICROSOFT CORPORATION'S MOTION TO DISMISS PERFECT 10'S THIRD AND FOURTH CLAIMS FOR RELIEF PURSUANT TO RULE 12(b)(6) <br><br> Date: December 10, 2007 <br><br> Time: 10 A.M. <br><br> Place: Courtroom of Judge Matz |

On or about October 4, 2007, Microsoft Corporation filed a Motion to Dismiss Perfect 10's Third and Fourth Claims for Relief Pursuant to Rule 12(b)(6). On October 24, Perfect 10 filed an Amended Complaint which does not include the Third and Fourth Claims for Relief.[1] Therefore, Microsoft's motion is moot.

Dated: November 13, 2007

Respectfully submitted,

By: _____
Jeffrey N. Mausner
Attorney for Plaintiff Perfect 10, Inc.

---

[1] Federal Rule of Civil Procedure 15(a) provides that a party has the right to amend its complaint once as a matter of course at any time before a responsive pleading is served. A Rule 12(b)(6) motion is not a responsive pleading. *See St. Michael's Convalescent Hospital v. California,* 643 F.2d 1369, 1374 (9th Cir. 1981); *Nolen v. Fitzharris,* 450 F.2d 958, 958-59 (9th Cir. 1971); Judge Matz's Initial Order Following Filing of Complaint Assigned to Judge Matz, page 5.

1