ORIGINAL

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543



1  Andrew P. Bridges (SBN: 122761)
2  Jennifer A. Golinveaux (SBN: 203056)
   Matthew A. Scherb (SBN: 237461)
3  WINSTON & STRAWN LLP
   101 California Street
   San Francisco, CA 94111-5894
4  Telephone: 415-591-1000
   Facsimile: 415-591-1400
5  Email: abridges@winston.com
           jgolinveaux@@@winston.com
6          mscherb@winston.com

7  Debra J. Albin-Riley (SBN: 112602)
   WINSTON & STRAWN LLP
8  333 South Grand Avenue
   Los Angeles, CA 90071-1543
9  Telephone: 213-615-1700
   Facsimile: 213-615-1750
10 Email: driley@winston.com

11 Attorneys for Defendant
   MICROSOFT CORPORATION
12

13                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
14
                        LOS ANGELES DIVISION
15

16 PERFECT 10, INC.                    )  Case No. CV 07-5156 AHM (SHx)
                                       )
17              Plaintiff,             )  MICROSOFT CORPORATION'S
                                       )  ANSWER TO COMPLAINT
18      vs.                            )
                                       )  DEMAND FOR JURY TRIAL
19 MICROSOFT CORPORATION and           )
   DOES 1 through 10, inclusive,       )
20                                     )
                Defendant.             )
21                                     )

22        Microsoft Corporation ("Microsoft") responds to the Amended Complaint as

23 follows:

24        1.    Microsoft admits the allegations of paragraph 1 of the Amended

25 Complaint.

26        2.    Microsoft admits that venue is proper in this Court pursuant to 28 U.S.C.

27 §§ 1391(b)(1), 1391(c), and 1400(a). Microsoft denies the remaining allegations of

28 paragraph 2 of the Amended Complaint.

3.  Microsoft denies the allegations of paragraph 3 of the Amended Complaint.

4.  Microsoft lacks information to admit or deny the allegations of paragraph 4 of the Amended Complaint and therefore denies the allegations.

5.  Microsoft admits the allegations of paragraph 5 of the Amended Complaint.

6.  Microsoft denies any allegations of paragraph 6 of the Amended Complaint that require a response.

7.  Microsoft denies the allegations of paragraph 7 of the Amended Complaint.

8.  Microsoft denies the allegations of paragraph 8 of the Amended Complaint.

9.  Microsoft lacks information to admit or deny the first sentence of paragraph 9 of the Amended Complaint.  Microsoft denies the remaining allegations of paragraph 9.

10.  Microsoft lacks information to admit or deny the allegations of paragraph 10 of the Amended Complaint and therefore denies the allegations.

11.  Microsoft lacks information to admit or deny the allegations of paragraph 11 of the Amended Complaint and therefore denies the allegations.

12.  Microsoft lacks information to admit or deny the allegations of paragraph 12 of the Amended Complaint and therefore denies the allegations.

13.  Microsoft lacks information to admit or deny the allegations of paragraph 13 of the Amended Complaint and therefore denies the allegations.

14.  Microsoft denies the final sentence of paragraph 14 of the Amended Complaint.  Microsoft lacks information to admit or deny the remaining allegations of paragraph 14 of the Amended Complaint and therefore denies the allegations.

15.  Microsoft denies the final sentence of paragraph 15 of the Amended Complaint.  Microsoft lacks information to admit or deny the remaining allegations of

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1  the first sentence of paragraph 15 of the Amended Complaint and therefore denies the

2  allegations.

3      16.   Microsoft admits the first sentence of paragraph 16 of the Amended

4  Complaint. Microsoft denies the remaining allegations of paragraph 16.

5      17.   Microsoft denies the allegations of paragraph 17 of the Amended

6  Complaint.

7      18.   Microsoft denies the allegations of paragraph 18 of the Amended

8  Complaint.

9      19.   Microsoft denies the first sentence of paragraph 19 of the Amended

10  Complaint. The remaining allegations of paragraph 19 are unintelligible in their

11  context, and Microsoft accordingly denies those allegations.

12      20.   Microsoft denies the allegations of paragraph 20 of the Amended

13  Complaint.

14      21.   Microsoft denies the allegations of paragraph 21 of the Amended

15  Complaint.

16      22.   Microsoft denies the allegations of paragraph 22 of the Amended

17  Complaint.

18      23.   Microsoft denies the allegations of paragraph 23 of the Amended

19  Complaint.

20      24.   Microsoft denies the allegations of paragraph 24 of the Amended

21  Complaint.

22      25.   Microsoft denies the allegations of paragraph 25 of the Amended

23  Complaint.

24      26.   Microsoft denies the allegations of paragraph 26 of the Amended

25  Complaint.

26      27.   Microsoft denies the allegations of paragraph 27 of the Amended

27  Complaint.

28      28.   Microsoft denies the allegations of paragraph 28 of the Amended

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

MICROSOFT CORPORATION'S ANSWER TO COMPLAINT

1  Complaint.

2  **FIRST CLAIM FOR RELIEF**

3      29.    Microsoft incorporates here by reference its responses to paragraphs 1
4  through 28 above.

5      30.    Microsoft denies the allegations of paragraph 30 of the Amended
6  Complaint.

7      31.    Microsoft lacks information to admit or deny the allegations of paragraph
8  31 of the Amended Complaint and therefore denies the allegations.

9      32.    Microsoft denies the allegations of paragraph 32 of the Amended
10  Complaint.

11      33.    Microsoft denies the allegations of paragraph 33 of the Amended
12  Complaint.

13      34.    Microsoft denies the allegations of paragraph 34 of the Amended
14  Complaint.

15      35.    Microsoft denies the allegations of paragraph 35 of the Amended
16  Complaint.

17      36.    Microsoft denies the allegations of paragraph 36 of the Amended
18  Complaint.

19      37.    Microsoft denies the allegations of paragraph 37 of the Amended
20  Complaint.

21      38.    Microsoft denies the allegations of paragraph 38 of the Amended
22  Complaint.

23      39.    Microsoft denies the allegations of paragraph 39 of the Amended
24  Complaint.

25      40.    Microsoft denies the allegations of paragraph 40 of the Amended
26  Complaint.

27      41.    Microsoft denies the allegations of paragraph 41 of the Amended
28  Complaint.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1    42.    Microsoft denies the allegations of paragraph 42 of the Amended
2  Complaint.

3    43.    Microsoft denies the allegations of paragraph 43 of the Amended
4  Complaint.

5                          SECOND CLAIM FOR RELIEF

6    44.    Microsoft incorporates here by reference its responses to paragraphs 1
7  through 28 above.

8    45.    Microsoft lacks information to admit or deny the allegations of paragraph
9  45 of the Amended Complaint and therefore denies the allegations.

10    46.    Microsoft denies the allegations of paragraph 46 of the Amended
11  Complaint.

12    47.    Microsoft lacks information to admit or deny the allegations of paragraph
13  47 of the Amended Complaint and therefore denies the allegations.

14    48.    Microsoft lacks information to admit or deny the allegations of paragraph
15  48 of the Amended Complaint and therefore denies the allegations.

16    49.    Microsoft lacks information to admit or deny the allegations of paragraph
17  49 of the Amended Complaint and therefore denies the allegations.

18    50.    Microsoft denies the allegations of paragraph 50 of the Amended
19  Complaint.

20    51.    Microsoft denies the allegations of paragraph 51 of the Amended
21  Complaint.

22    52.    Microsoft denies the allegations of paragraph 52 of the Amended
23  Complaint.

24    53.    Microsoft denies the allegations of paragraph 53 of the Amended
25  Complaint.

26    54.    Microsoft denies the allegations of paragraph 54 of the Amended
27  Complaint.

28    55.    Microsoft denies the allegations of paragraph 55 of the Amended

1   Complaint.

2       56.    Microsoft denies the allegations of paragraph 56 of the Amended

3   Complaint.

4       57.    Microsoft denies the allegations of paragraph 57 of the Amended

5   Complaint.

6                                    **DEFENSES**

7       Microsoft asserts the following defenses, without regard to whether they are

8   "affirmative" defenses or matters as to which the plaintiff has the burden of proof.

9       Plaintiff's Amended Complaint, and each cause of action within it, fails to state

10  a cause of action.

11      This Court lacks subject matter jurisdiction over claims to enforce copyrights

12  for which Plaintiff has not previously obtained, or has not pleaded ownership of,

13  registrations.

14      Plaintiff's claims are barred by the doctrines of fair use.

15      Plaintiff's claims are barred by relevant statutes of limitations.

16      Plaintiff's claims are barred by laches.

17      Plaintiff's claims are barred by its failure to mitigate damages.

18      Plaintiff's claims are barred by contributory negligence.

19      Plaintiff's claims are barred by its failure to join indispensable parties.

20      Plaintiff's claims are barred by the First Amendment to the United States

21  Constitution.

22      Plaintiff's copyright claims are barred, or its remedies limited, by the Online

23  Copyright Infringement Liability Limitation Act, 17 U.S.C. § 512.

24      Plaintiff's claims are barred by estoppel.

25      Plaintiff's claims are barred by consent, waiver, acquiescence, and license.

26      Plaintiff's claims are barred by unclean hands.

27      Plaintiff's remedies are limited by 15 U.S.C. § 1114(2).

28      Plaintiff's claims for statutory damages are barred or limited by the U.S.

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

1   Constitution.

2                        PRAYER FOR RELIEF

3      Microsoft seeks relief as follows:

4      a.      That the Court enter judgment in favor of Microsoft and against the

5   Plaintiff on all causes of action;

6      b.      That the Court award Microsoft costs of suit, including attorney's fees;

7   and

8      c.      That the Court grant such additional relief as is just and equitable.

9
   Dated:  November 13, 2007          WINSTON & STRAWN LLP
10

11

12                                    By: _____

13                                          Andrew P. Bridges
                                           Debra J. Albin-Riley
14                                         Jennifer Golinveaux
                                           Matthew A. Scherb
15

16                                    Attorneys for Defendant Microsoft
                                      Corporation
17

18                          **DEMAND FOR JURY TRIAL**

19      Microsoft Corporation hereby demands a jury trial for all issues triable by jury.

20   Dated:  November 13, 2007          Respectfully submitted,

21

22                                    WINSTON & STRAWN LLP

23

24                                    By: _____

25                                          Andrew P. Bridges
                                           Debra J. Albin-Riley
26                                         Jennifer Golinveaux
                                           Matthew A. Scherb
27

28                                    Attorneys for Defendant Microsoft
                                      Corporation

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543

PROOF OF SERVICE
*Perfect 10, Inc. v. Microsoft, Inc.*
U.S.D.C. (Central District) # CV07-05156 MMM (MANx)

STATE OF CALIFORNIA        )
                           )   ss
COUNTY OF LOS ANGELES      )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Winston & Strawn LLP, 333 South Grand Avenue, Suite 3800, Los Angeles, CA 90071-1543. On November 13, 2007, I served the within documents:

**MICROSOFT CORPORATION'S ANSWER TO COMPLAINT**

**DEMAND FOR JURY TRIAL**

on the interested parties in this action by placing true copies thereon enclosed in a sealed envelope addressed as follows:

Jeffrey N. Mausner
Warner Center Towers
21800 Oxnard Street, Suite 910
Woodland Hills, CA 91367
Telephone: 310.617.8100
Fax: 818.716.2773

☒ VIA MAIL: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☐ VIA FACSIMILE: On _____, I sent such document(s) from facsimile machine 213-615-1750. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine 213-615-1750 which confirms said transmission and receipt.

☐ VIA OVERNIGHT DELIVERY: By placing the document(s) listed above in a sealed envelope and sent on _____ via Federal Express for overnight delivery to the interested party(ies) in this action.

☐

On _____, I sent such document(s) by electronic mail to the addressees' email addresses indicated above.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 13, 2007, at Los Angeles, California.

Susan Benjamin

8