O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5156 AHM (SHx) | Date | January 13, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. MICROSOFT CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| S. Eagle | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

The Court DENIES Microsoft's *ex parte* application for a telephonic status conference[1] and instead provides clarification of the issues raised in Microsoft's application as follows.

Issue (1): The Court agrees with Microsoft regarding subsection (c) on page 6 of the December 22, 2008 Order. The Court intended Perfect 10 to provide all information listed in Exhibit A for each work that Microsoft counter-designates.

Issue (2): The Court agrees with Microsoft that the December 22, 2008 Order does not limit Microsoft to counter-designating 60 works. However, the Court notes that it did not impose a specific limitation on Microsoft because it assumed that Microsoft would exercise sound judgment -- *i.e.*, to designate only a reasonable number of works so as to not sabotage the sampling approach and the trial date.

Issue (3): The Court agrees with Perfect 10. At this time the Court will not set a deadline for Perfect 10 to produce the required information for the counter-designated works. The Court ORDERS the parties to meet and confer concerning a deadline for Perfect 10 to accomplish that production. The Court further ORDERS the parties to file a status report or stipulation by February 9, 2009 concerning the deadline for that production, as well as the rest of the dates referred to on page 7 of the December 22, 2008 Order.

---

[1] Docket No. 60.

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5156 AHM (SHx) | Date | January 13, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. MICROSOFT CORPORATION | | |

Issue (4): The Court declines to address this issue at this time.

|  | : |  |
|---|---|---|
| Initials of Preparer | se | |