1   Jeffrey N. Mausner (State Bar No. 122385)
2   Law Offices of Jeffrey N. Mausner
    Warner Center Towers, Suite 910
3   21800 Oxnard Street
4   Woodland Hills, California 91367
    Telephone:  (310) 617-8100, (818) 992-7555
5   Facsimile:  (818) 716-2773

6   Attorneys for Plaintiff

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  PERFECT 10, INC., a California          Case No. CV 07-5156 AHM (SHx)
    corporation,
12
                    Plaintiff,             **DECLARATION OF DR. NORMAN**
13                                         **ZADA IN SUPPORT OF PERFECT**
              v.                           **10'S MOTION FOR PARTIAL**
14                                         **SUMMARY JUDGMENT AND**
    MICROSOFT CORPORATION, a               **SUMMARY ADJUDICATION**
15  corporation;                           **AGAINST MICROSOFT**
                                           **CORPORATION**
16                  Defendant.

17                                         Date:  March 23, 2008
                                           Time:  10:00 a.m.
18                                         Place: Courtroom 14, Courtroom of the
19                                         Honorable A. Howard Matz

20                                         Discovery Cut-Off Date:   None Set
                                           Pretrial Conference Date:  None Set
21                                         Trial Date:   August 11, 2009

22

23

24

25

26

27

28

1

## <u>DECLARATION OF NORMAN ZADA</u>

2      I, Norman Zada, declare as follows:

3      I make this declaration in support of Perfect 10's motion for partial summary

4 judgment against Microsoft Corporation ("Microsoft").

5      Except where otherwise stated, I have direct and personal knowledge of the

6 facts set forth herein and, if called as a witness, could and would competently

7 testify thereto.  I have spent at least 500 hours using the website of msn.com to

8 locate infringements of Perfect 10's copyrighted works.

9      I have spent thousands of hours viewing the websites and search results of

10 other search engines, including Google, Yahoo!, and Amazon.  I have also spent

11 hundreds of hours examining pay sites (which I may also refer to as usenet sites)

12 that advertise or have advertised with Microsoft, and have subscribed to, and

13 downloaded, hundreds of thousands of Perfect 10 copyrighted images ("P10

14 Images") from those websites, as well as full-length movies and songs.  I have also

15 spent many hours downloading thousands of P10 Images from the websites

16 mentioned in this declaration.  In addition to the paper exhibits attached hereto, for

17 evidentiary reasons, it was also necessary for Perfect 10 to attach a DVD (referred

18 to as Exhibit 9) to this declaration.  Exhibit 9 contains the textual portion of all of

19 the DMCA notices I sent to Microsoft, along with other supporting evidence*.  **With

20 respect to Microsoft's involvement in the infringement of Perfect 10's copyrights,

21 I have selected infringing web pages as exhibits for this declaration that contain

22 one or more images from the sample of 59 images ("The Sample") ordered by

23 the Court in its December 22, 2008 Order.***

24 **PROFESSIONAL BACKGROUND**

25      1.      I am President of Plaintiff Perfect 10, Inc. ("Perfect 10").  After receiving

26 a Ph.D. in Operations Research from the University of California at Berkeley, I

27 worked as a research staff member in the main computer science department at IBM,

28 and subsequently taught as a visiting professor in the area of applied mathematics at

Stanford University, UCLA, Columbia University, and UC Irvine.  I have programmed computers for at least twenty years.  In preparation for this declaration, I have reviewed all of the documents produced by Microsoft, as well as Microsoft's discovery responses and declarations made by Microsoft's declarants in connection with other motions.  I have also attended both depositions of Microsoft's employees conducted by Perfect 10.  I have been involved in every aspect of this case and, if called as a witness, could and would competently testify thereto.

2. The Exhibits attached hereto, except where otherwise noted, fall into one of six categories: (a) true and correct copies of documents that I have downloaded as Adobe PDF files from the Internet; (b) true and correct copies of snapshots of my computer screen, which I captured using the program "snagit;" (c) true and correct copies of DMCA notices that I sent to Microsoft (excluding attached disks, if any); (d) true and correct copies of emails that I sent to Microsoft and server logs corresponding to those emails, (e) true and correct copies of spreadsheets that were created by Perfect 10, and (f) true and correct copies of documents which Microsoft produced in discovery.   Exhibits in categories (a) and (b) contain the correct date the document was downloaded, captured and/or saved, and, when applicable, the URL of the webpage.  Items in category (d) contain the correct date when the email was sent.  I have added green check marks or highlighting to some exhibits so that the Court may more readily locate relevant information contained in those exhibits.   I will use the terms "P10 Images" and "Perfect 10 Images" interchangeably to denote Perfect 10 copyrighted images.

**PERFECT 10'S BUSINESS AND INTELLECTUAL PROPERTY**

3. Perfect 10 was the publisher of the magazine "PERFECT 10," which contains high-quality, nude photographs of beautiful "natural" models, and has been featured in many movies and TV shows, including "The Sopranos," "Knocked Up," "Superbad,"  "American Pie," and "Spiderman II."  Perfect 10 partnered with the London Sun to produce the London Sun/Perfect 10 search for England's most beautiful

1    natural model.  Perfect 10 has also produced the "Perfect 10 Model of the Year"

2    competition.  One of Perfect 10's best known models is Victoria Secret's Marisa

3    Miller, who was also recently featured on the cover of the Sports Illustrated Swimwear

4    Issue.  After losing over $50 million playing by the rules, Perfect 10 was forced to

5    cease production of its flagship magazine in June of 2007 and lay off key employees.

6    Perfect 10 still maintains its website, perfect10.com, and still sells back issues of its

7    magazine.

8         4.    Perfect 10 has created over 15,000 photographs at a cost of millions of

9    dollars and has purchased the copyrights for additional high quality copyrighted

10   images.  Perfect 10 has a copyright registration from the U.S. Copyright Office

11   covering every image created by Perfect 10 or purchased by Perfect 10 that appears

12   in any exhibit attached to this declaration.  Work for hire/assignment of rights,

13   copyright registration certificates, and other backup material relating to Perfect

14   10's copyrights for the sample images referred to in this declaration are contained

15   in folders labeled "Copyright Chain of Title" and "Copyright Registrations" in

16   Exhibit 9 (a disk).  Consumers are provided access to more than 15,000 P10

17   Images on Perfect 10's website, perfect10.com, only through an individual,

18   confidential password, for $25.50 per month.

19        5.    Microsoft has been involved in the infringement of Perfect 10 copyrights

20   in at least seven different ways, as illustrated by Exhibits 1-7.  First, through its search

21   engine, accessed through the website msn.com, Microsoft provides infringing

22   "thumbnails" of Perfect 10 copyrighted images in its Image Search results.  Some of

23   these "thumbnails" are substantially larger than other search engine "thumbnails" and

24   are many times the size of a human thumbnail.  Microsoft also provides a "show

25   similar images" feature, which I discovered in January 2009.  Attached as pages 1-4 of

26   Exhibit 1 are pages that I printed on February 1, 2009 from msn.com after performing

27   a Microsoft Image Search and then selecting the show similar images feature.  All of

28   the images in Exhibit 1 are Perfect 10 images, except for those with a red "X" over

Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment
Against Microsoft Corporation

1   them.  On pages 1 and 2 of Exhibit 1 are P10 Images of the famous Hungarian actress
2   Zita Gorocs (Gorog), who was featured in the film "The Underworld."  All P10 Images
3   on pages 1 and 2 of Exhibit 1 display Perfect 10 copyright notices in the top right
4   corner, as shown by the full-size image on page 1 of Exhibit 3.  The top three images
5   on page 1 and the image at the left in the second row of page 1 are part of "The
6   Sample."  All six images on page 3 of Exhibit 1 are of Victoria Secret's supermodel
7   Marisa Miller.  They are all copyrighted by Perfect 10 and are part of The Sample.
8   Second, when I clicked P10 "thumbnails" offered by msn.com, a second web page has
9   appeared on my screen, as illustrated by Exhibit 2, which I obtained by clicking on two
10  of the Sample images in Exhibit 1.  The pages in Exhibit 2 show a P10 "thumbnail" at
11  the top left, and display a full-size P10 Image in the lower portion, which I have been
12  able to view and/or download while I was still on msn.com.  From this second page, I
13  have been able to scroll through the infringing website displayed in the lower portion
14  of the page, and have been able to view and/or download in some cases, more than
15  17,000 P10 Images from a single infringing website, while remaining at msn.com.  I
16  have often been able to reach such images in one click or less after clicking on a P10
17  "thumbnail" created by Microsoft.  Additionally, as illustrated by page 1 of Exhibit 2,
18  Microsoft also offers a "Show full size image" link near the thumbnail.  When I have
19  clicked on Microsoft's "Show full size image" link, I have been able to view and/or
20  download a full-size P10 Image which is shown in isolation on a blank page, devoid of
21  any text, as shown in Exhibit 3.  I obtained the P10 Images in Exhibit 3 by clicking on
22  three "Show full-size image" links offered by msn.com next to Zita Gorocs
23  "thumbnails" on January 24, 2009.  The full-size P10 Images I obtained by clicking on
24  Microsoft's "Show full size image" link provide the same functionality as Perfect 10's
25  website, perfect10.com.  In both cases, the user first views a thumbnail, and then clicks
26  on a link provided with the thumbnail to view a full-size image in isolation, which may
27  be downloaded if desired.  Third, msn.com provides Web Search results which allow
28  users to view and/or download thousands of P10 Images.  I have provided two such

Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment
Against Microsoft Corporation

examples in Exhibit 4.  I obtained page 1 of Exhibit 4 by inputting a URL that Perfect 10 provided to Microsoft in Perfect 10's October 25, 2004 DMCA notice, namely, celebstation.org/models/monika_zsibrita.php into the msn.com search box and pressing "enter."  In this case, Microsoft returned the same URL with a www. at the front of it.  I did this to demonstrate how Microsoft could have used the URLs provided by Perfect 10 to locate infringing search results, even if the URLs that Perfect 10 provided had the starting http:// or www. removed.  (See ¶11).  I obtained page 2 of Exhibit 4 by clicking on the "Cached page" link, shown to the right of the URL on page 1 which I highlighted in yellow.  Microsoft's cached page is a fourth way by which Microsoft contributes to the infringement of P10 Images.  I have used msn.com cache page links to view and or/download full-sized P10 images from websites that had changed their content or in some cases, were no longer functioning.  I obtained page 3 of Exhibit 4 by inputting a URL that I provided to Microsoft in Perfect 10's January 8, 2006 notice, namely, beautifulwallpaper.com/monika_zsibrita.shtml, into the msn.com search box and pressing "enter."  I did this to provide a second example to demonstrate how Microsoft could have used the URLs provided by Perfect 10 in its notices to locate infringing search results.  I obtained page 4 of Exhibit 4 by clicking on the cache page link on page 3.  Fifth, Microsoft displays, right in the text in its search results, unauthorized perfect10.com passwords that allow unauthorized access to Perfect 10's website, perfect10.com.  Microsoft also links to websites that provide such passwords.  Exhibit 5 provides examples of Microsoft's dissemination of passwords to perfect10.com.  I printed Exhibit 5 from msn.com on January 24, 2009, and have highlighted links for which Microsoft has received notice but has not removed, as well as the username:password combinations apple1:carrot, charrons:071727, and zopdvp:leah0187 which Microsoft continues to disseminate. Sixth, msn.com links to, and/or displays ads for, at least 45 pay sites which have stolen most of Perfect 10's property, worth millions of dollars.  I have examined such websites extensively.  These sites sell billions of dollars of stolen intellectual property,

Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment
Against Microsoft Corporation

1   including full-length movies and most popular songs, for pennies on the dollar.  It is

2   impossible for Perfect 10 to compete with such websites.  Microsoft, through

3   msn.com, displays ads (sponsored links) for and provides thousands of regular links in

4   its search results to the following massive infringers: accessusenet.com, alibis.com,

5   giganews.com, newsdemon.com, newsgroup-binaries.com, newsgroups-

6   download.com, newsgroupdirect.com, newshosting.com, newsrazor.net, and

7   thundernews.com, among others.  Page 1 of Exhibit 6 is the first page of the results of

8   a search I conducted on msn.com using the term "usenet" on January 24, 2009.  When

9   I placed my cursor over the ad for giganews.com at the top left of page 1 of Exhibit 6,

10   a URL appeared at the bottom of my screen, which I have marked with a green check.

11   That URL contains the URL 38075.r.msn.com.  I obtained page 2 of Exhibit 6 by

12   doing a search on alexa.com for the term "usenet," also on January 24, 2009, and

13   placed my cursor over the resulting ad for giganews.com.  I have placed a green

14   checkmark next to the URL which appeared at the bottom of my screen, which also

15   contained the URL 38075.r.msn.com.  Seventh, Microsoft allows ads for its search

16   services to appear next to Perfect 10 copyrighted images without asking Perfect 10 for

17   permission or offering to pay Perfect 10 anything.  I have attached seven examples of

18   such ads next to P10 Images in "The Sample" in Exhibit 7, which were also included

19   in Perfect 10's June 7, 2007 DMCA notice to Microsoft (see Exhibit 18, page 2).  The

20   first three pages of Exhibit 7 display ads next to Perfect 10 images, which contain

21   images of Angelina Jolie, Jessica Simpson, Paris Hilton, and/or Britney Spears

22   embedded in the ad.

23   **HISTORY OF THE CASE**

24        6.       I first began sending notices to Microsoft's listed copyright agent, J. K.

25   Weston, on October 25, 2004.  Attached as page 1 of Exhibit 8 is the listing I obtained

26   for msn.com at the Copyright Office that I used to send Perfect 10's first notices.  Each

27   time I tried to fax Ms. Weston a notice at the listed fax number of (425) 936-4112,

28   from October 25, 2004 through March 4, 2007, I got an error message.  Attached as

1  Exhibit 10 is one such example of an error message that I received when I tried to fax

2  notices to Microsoft's listed fax number.  (I have placed other examples in a folder

3  labeled "fax error messages" in Exhibit 9 (a disk).  Attached as page 2 of Exhibit 8 is

4  the listing I obtained for msn.com at the Copyright Office on February 9, 2009.  Near

5  the bottom of the document, it says, "RECEIVED FEB 21 2008."  Above that, I have

6  placed a green check mark by the date of the filing that this filing amended, which is

7  the filing shown on page 1 of Exhibit 8.  Besides the listing for msn.com, which is

8  shown on pages 1 and 2 of Exhibit 8, Microsoft has its own listing at the Copyright

9  Office.  Attached as pages 3 and 4 of Exhibit 8 are similar filings from the Copyright

10  Office which I obtained from Microsoft Corporation.  The filing on page 3 says

11  "RECEIVED AUG 27 1999."  The filing on page 4 says RECEIVED MAR 30 2007.  I

12  have placed a green check mark by the date of the filing that this filing amended,

13  which is the filing shown on page 3 of Exhibit 8.  Because I was unable to fax notices

14  to Microsoft from October 25, 2004 through March 27, 2007, I used the email address

15  listed at the Copyright Office, namely, jkweston@microsoft.com to send Microsoft

16  notices by email.  My experience with email is that if my email does not go through, I

17  receive an error message.  I never received any error message of any kind when I sent

18  emails to jkweston@microsoft.com.  Attached as Exhibit 11 are several email receipts

19  along with the corresponding email server log which Perfect 10 maintained for emails

20  which I sent to jkweston@microsoft.com on February 8, 2007, March 4, 2007, and

21  November 1, 2006.  Pages 1-2 are the email receipt and log for the February 8, 2007

22  email, pages 3-4 are the email receipt and log for the March 4, 2007 email, and pages

23  5-6 are the email receipt and log for the November 1, 2006 email.  These same

24  documents constitute Exhibit 1 to the Declaration of Sean Chumura ("Chumura

25  Decl.").

26       7.  Attached as Exhibit 12 is the notice that I emailed to

27  jkweston@microsoft.com on October 25, 2004.  Because I was unable to fax the

28  notice, I did not include the declarations from Britney Spears, Christina Aguilera, or

Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment
Against Microsoft Corporation

1   any of the other celebrities referenced in the notice.  On page 3 of Exhibit 12, I state, "I
2   could not fax this notification to you so I am emailing it.  If you would like the
3   declarations and releases faxed to you, please give me a working fax number."  To
4   reduce the size of the exhibits in this declaration, I have attached the textual portions of
5   DMCA notices that I sent to Microsoft in a folder labeled "DMCA notices" in Exhibit
6   9 (a disk).  If the Court would like to see any of the attachments to the notices, Perfect
7   10 will provide them on a hard drive.  I sent Ms. Weston, by email, DMCA notices on
8   October 25, 2004, February 2, 2005, February 20, 2005, April 20, 2005, July 13, 2005,
9   October 19, 2005, December 7, 2005 (along with a disk that was sent by Federal
10  Express on December 8, 2005),  January 8, 2006, November 1, 2006, February 8, 2007
11  and March 4, 2007.  Ms. Weston did not respond to any these emails, nor did
12  Microsoft fix its fax number, as indicated by my continued receipt of error messages
13  upon my attempts to fax notices.

14      8.    On December 8, 2005, because I had been receiving no response of any
15  kind from Ms. Weston, I sent her a notice by Federal Express, to the address listed at
16  the Copyright Office, as provided on page 1 of Exhibit 8.  Attached as pages 1 and 2 of
17  Exhibit 13 is a true and correct copy of the enclosed letter and Federal Express mailing
18  label (account number redacted).  Page 3 is a copy of a document that Perfect 10
19  requested from Federal Express confirming delivery with a signature from Microsoft
20  personnel.  It states at the bottom that the shipper was Norm Zada and the recipient
21  was J K Weston, Microsoft, One Microsoft Way, Redmond, WA 98052.  That package
22  was sent back to Perfect 10 ten days later.  Page 4 of Exhibit 13 is a copy of the return
23  Federal Express receipt.  At the top right it says, "SHIP DATE 19DEC05," as shown
24  by the green checkmark.

25      9.    I had a similar problem trying to send Judy Weston a notice by Federal
26  Express on June 7, 2007.  Pages 5 and 6 of Exhibit 13 are two Federal Express tracking
27  reports I printed out when Ms. Weston claimed she did not receive my June 7, 2007
28  notice and I had to resend it on June 8, 2007.  Pages 7 and 8 of Exhibit 13 are a true

and correct copy of an email that I received from Judy Weston in response to my emails to her at jkweston@microsoft.com on June 14 and June 15, 2007, which she admittedly received.  It states, "I've checked with our mailroom and learned that the first package was apparently misdirected after received."  Pages 9 and 10 of Exhibit 13 are two additional Federal Express tracking reports I printed out regarding a notice which I sent to J. K. Weston on July 16, 2007 which was subsequently returned to Perfect 10 on July 27, 2007 without being processed.  I ultimately resent that notice back to Microsoft on August 2, 2007.

10.    Attached as Exhibit 14 are two emails I sent to Ms. Weston after the December 8, 2005 notice was returned by Federal Express.  I asked her for a correct mailing address.  I received no response.

11.    For the notices that I sent to Microsoft from October 25, 2004 through March 4, 2007, with the exception of Perfect 10's December 8, 2005 notice, I used instructions sent to me by Google.  Attached as Exhibit 15 is a  true and correct copy of these instructions.  Google states that "FOR WEB SEARCH, YOU MUST IDENTIFY EACH SEARCH RESULT THAT DIRECTLY LINKS TO A WEBPAGE THAT ALLEGEDLY CONTAINS INFRINGING MATERIAL.  This requires you to provide a) the search query that you used, and b) the URL for each allegedly infringing search result.  Note that the *URL for each search result appears in green at the end of the description for that search result*."  (Emphasis added.)   Page 4 of Exhibit 12 shows that I provided the search term in the center column.  On the right column, I provided the Perfect 10 magazine volume, issue number, and page range where the images being infringed appeared.  In the left most column, I provided the URL where the infringing material was located.  I got this URL from the search results; it was shown in green type at the end of the description for each search result.  To make my URLs consistent so they could be readily sorted in a spreadsheet, and as I explained in the notice, I removed the starting www.  That should not have made a difference, as msn.com could always have added back the starting www. had it seen a need to do so,

1   or asked me to do so, which they never did.  I have already provided two examples in

2   Exhibit 4 of how the URLs provided by Perfect 10 could be inputted into the msn.com

3   search box to find the corresponding infringing search results (see ¶5).  I provide more

4   examples of this process in Exhibit 24 (see ¶19).

5        12.    In March of 2007, Perfect 10's then in-house counsel, Daniel Cooper, sent

6   an email to Thomas Rubin, in-house counsel for Microsoft, which is attached as

7   Exhibit 16.  I worked on that email with Mr. Cooper and created all of the disks that

8   were attached to that letter.   That notice contained (a) examples of Microsoft's

9   unauthorized display of Perfect 10 "thumbnails" in its Image Search results, (b)

10  examples of Microsoft's display of full-size P10 Images via in-line linking, (c)

11  examples of Microsoft ads next to full-size P10 Images, (d) examples of Microsoft's

12  display of passwords to perfect10.com, (e) examples of infringing P10 Images offered

13  by Microsoft advertisers, including the massive infringing paysites giganews.com and

14  newsdemon.com, and (f) examples of Microsoft ads next to full-size infringing P10

15  Images.

16       13.    Attached as Exhibit 17 is one of the PDF files from the March 27, 2007

17  email to Mr. Rubin, which was also contained in Perfect 10's June 7, 2007 notice, that

18  documented Microsoft's display of Perfect 10 "thumbnails" in its Image Search

19  results.  That file was contained in a folder labeled "1 – MSN image search," in a disk

20  attached to the notice.   I created Exhibit 17 by using a program written for Perfect 10

21  by Sean Chumura under my direction.  The program gives the date the search was

22  conducted on the upper right.  A copy of the actual msn.com "thumbnail" is included

23  on the left.  After "Search string:" is the search term, which in this case was 'Marisa

24  Miller.'  The full or complete URL for the "See full size image" link appears next,

25  after the term "Image."  After the term "Site" appears the complete Web Page URL

26  with a link to that web page.  The last link, "Thumbnail," is the URL assigned to the

27  thumbnail by Microsoft.  All of the links are links offered by Microsoft in its Image

28  Search results.  *See also*, Chumura Decl. ¶6.  Perfect 10 sent similar adobe files for

1   Perfect 10 models Isabelle Funaro, Jennifer Leone, Lisa Bordeaux, Monika Zsibrita,

2   Natalia Sirocka, Vibe Sorenson, and Zoya Konyieva with its March 27, 2007 email.

3   They are included in Exhibit 9 (the disk), in a folder labeled March 27, 2007 notice, in

4   a subfolder "1 – MSN image search."  In total, in Perfect 10's March 27, 2007 email,

5   Perfect 10 provided Microsoft with 258 such P10 Images that Microsoft had displayed

6   in msn.com Image Search results.

7          14.    As far as I could determine, Microsoft did nothing in response to Daniel

8   Cooper's March 27, 2007 email.  On June 7, 2007, I sent to Microsoft another DMCA

9   notice which contained all the infringements in the March 27, 2007 communication,

10  along with some additional infringements.  Attached as pages 1-4 of Exhibit 18 is a

11  copy of the textual portion of that DMCA notice.   In addition to resending the

12  "thumbnails" shown in Exhibit 17, I also attached in a folder labeled "more

13  unauthorized display," numerous examples of Microsoft's display of full-size P10

14  Images.  On page 2 of Exhibit 18 it states, "Disk 2 contains one folder entitled 'more

15  unauthorized display,' which in turn contains subfolders for over 300 distinct

16  infringing websites, all of which are in-line linked to by MSN.  Every *large* image in

17  Disk 2 is copyrighted by Perfect 10 and none of the websites in the folder 'more

18  unauthorized display' are authorized to use these images."   Attached as pages 1-11 of

19  Exhibit 19 are examples of pages that were included in the folder "more unauthorized

20  display."  These pages show full-size P10 Images of Marisa Miller, Kristel Kama,

21  Amy Weber, Vibe Sorenson, Monika Zsibrita, Jana Mikusova, and Isabelle Funaro.

22  All of the large images shown in Exhibit 19 are included in "The Sample."

23         15.  Perfect 10's June 7, 2007 notice also contains more examples of Microsoft's

24  display on its own website, msn.com, of perfect10.com passwords.  On page 2 of

25  Exhibit 18, it states:

26             "Folder 5.  This folder provides examples of MSN's unauthorized
               display, on its own website, of perfect10.com usernames and passwords
27             which allow unauthorized access to the 15, 000 images available on
               perfect10.com.  The typical presentation of a password username
28

Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment
Against Microsoft Corporation

1
2
3
4

combination is: password:username@www.perfect10.com.  For example, in the file labeled perfect10.com passwords.pdf, the first MSN listing gives the username as seaducer, and the password as seadoo96.  The second MSN listing gives the username as Jetson and the password as 65222.  I have added a significant number of additional examples to the file that was sent to Tom Rubin on March 26, 2007.  If you have any questions about this, please contact me."

5

In Exhibit 20, I have included six pages of passwords that were included in that notice.

6

The username charrons with its associated password shown on page 1 has been used to

7

download at least 700,000 unauthorized P10 Images from perfect10.com.

8

16.     Attached as Exhibit 21 are the first six pages of the textual portion of a

9

notice which I sent by Federal Express on July 16, 2007 to Microsoft's listed agent,

10

Ms. Weston.  The full notice is contained in Exhibit 9, a disk, in a folder labeled

11

"DMCA notices."  Microsoft returned the July 16, 2007 notice to Perfect 10 by Federal

12

Express on July 27 (see the Federal Express tracking report on page 8 of Exhibit 13).

13

The July 16, 2007 notice contained an external hard drive, which took me several

14

months to prepare.  I sent the external hard drive back to Microsoft on August 2, 2007.

15

Page 1 of Exhibit 21 states "If you have difficulties locating the infringements

16

identified in this DMCA notice, please do not hesitate to contact me."  It goes on to

17

say, "Accompanying this notice is a hard drive which contains approximately

18

1,100,000 infringements of Perfect 10 copyrighted images that are offered by

19

*infringing websites from which Microsoft accepts advertising and/or to which*

20

*Microsoft links,* along with a DVD."  (Emphasis added).  On pages 5 and 6 of Exhibit

21

21, I listed the approximate number of P10 Images I included in that notice from the

22

infringing Microsoft advertisers alibis.com, giganews.com, newsgroup-binaries.com,

23

newsgroupdirect.com, newsgroups-download.com, thundernews.com, and

24

accessusenet.com (which is the same as 100proofnews.com).   The hard drive attached

25

to Perfect 10's notice dated July 16, 2007, also contained (a) a copy of all of the

26

images on Perfect 10's website as of June, 2007, and (b) copies of full-length movies

27

and copies of songs sung by Christina Aguilera, Andrea Bocelli, Kelly Clarkson,

28

Jennifer Lopez, Dixie Chicks, The Beatles, Bob Dylan, Frank Sinatra, and Gwen

1    Stefani that Perfect 10 downloaded from giganews.com, one of Microsoft's

2    advertisers, to emphasize the extent and magnitude to which their advertiser had been

3    profiting from its massive infringement of copyrights.

4         17.    Attached as Exhibit 22 is the textual portion of a notice which I sent to

5    Microsoft on December 26, 2007.  Near the beginning I state, "If you have difficulties

6    locating the infringements identified in this DMCA notice, please do not hesitate to

7    contact me."  At the end I say, "Please contact me if you have any questions about this

8    notice."  In that notice, I also provided Microsoft with additional examples of

9    approximately 16,940 images which Perfect 10 downloaded from the massive

10   infringing website and Microsoft advertiser, giganews.com.  I also included more than

11   1,000 copies of P10 Images which Perfect 10 claimed were being infringed by each of

12   the following websites to which Microsoft linked: glam0ur.com, phun.org, and

13   xusenet.com.

14        18.    Attached as Exhibit 23 is the textual portion of a notice which I sent to

15   Microsoft on June 2, 2008.  At the beginning I state, "If you have difficulties locating

16   the infringements identified in this DMCA notice, please do not hesitate to contact

17   me."  At the end I say, "Please contact me if you have any questions about this notice."

18   The notice states, "DVD1 contains approximately 15,021 images downloaded on or

19   about April 19, 2008, from the infringing website rapidshare.com, to which Microsoft

20   links, despite repeated complaints from Perfect 10 beginning in 2005."  In that notice, I

21   included copies of web pages from nudecelebforum.com containing approximately

22   10,000 P10 Images which I alleged were infringed by the website

23   nudecelebforum.com, to which Microsoft links, and from which Microsoft copies

24   infringing P10 Images for use in its Image Search results.  Almost all of the P10

25   images infringed by nudecelebforum.com display Perfect 10 copyright notices.  In that

26   notice, I also included copies of web pages from the websites final4ever.com,

27   forumophilia.com, imagerise.com, phun.org, and pornbb.org, which together contained

28   thousands of allegedly infringing P10 Images.  Microsoft provides hundreds, and in

1   some cases, thousands of links to these infringing websites.  Perfect 10's notices dated
2   December 8, 2005 and onward, identified more than 100,000 copies of P10 Images on
3   infringing pay sites such as giganews.com and thundernews.com, to which Microsoft
4   continues to link and have business relationships.

5   **MICROSOFT HAS STILL NOT REMOVED SOME IDENTIFIED**
6   **INFRINGING URLS AFTER MORE THAN FOUR YEARS**

7       19.     Even if Microsoft did not receive Perfect 10's pre-March 5, 2007
8   spreadsheet notices by email, Perfect 10 produced those notices to Microsoft in
9   discovery on June 3, 2008.  Attached as pages 1, 4, 6, 9, 12-13, 19, and 21, of Exhibit
10  24 are portions of Perfect 10's DMCA notices from October 25, 2004, April 20, 2005,
11  January 8, 2006, and November 11, 2006, respectively.  (The textual portion of each of
12  Perfect 10's DMCA notices is provided in a folder labeled "DMCA notices" in Exhibit
13  9 (a disk)).  In each of those pages, I have highlighted one or more links.  After each
14  such highlighted link, I have included on the following page, evidence that Microsoft
15  is continuing to link to the same infringing webpage as of the date shown on that page.
16  For example, on page 1, I highlighted the URL celebstation.org/models/monika_
17  zsibrita.php, from Perfect 10's October 25, 2004 notice.  I obtained page 2 of Exhibit
18  24 from msn.com by inputting the URL highlighted on page 1, namely,
19  celebstation.org/models/monika_zsibrita.php, into the msn.com search box and
20  pressing "enter" to show that Microsoft had not removed that link from its search
21  results as of February 3, 2009, and that it could find that link from the URL provided
22  by Perfect 10.  I obtained page 3 of Exhibit 24 by clicking on the highlighted link
23  shown on page 2.  All of the images of Monika Zsibrita on page 3 are copyrighted by
24  Perfect 10.  The images in the middle column are both from "The Sample" (marked
25  with green checks).  I obtained page 5 of Exhibit 24 by doing a Microsoft Image
26  Search on February 1, 2009 on "Monika Zsibrita."  The checked link on page 5,
27  namely, http://www.celebstation.org/picture/40936/monika_zsibrita, matches the
28  highlighted link on page 4 of Exhibit 24, which was part of an April 20, 2005 Perfect

10 DMCA notice which I emailed to jkweston@microsoft.com.  I obtained page 7 of

Exh. 24 by inputting the highlighted link shown on page 6

(unitedscripters.com/scripts/algo7.html) into the msn.com search box and pressing

"enter."  Page 8 of Exhibit 24 is a print-out of the relevant portion of that webpage that

this link (unitedscripters.com/scripts/algo7.html) leads to.   I obtained page 10 of

Exhibit 24 by inputting the highlighted link shown on page 9,

beautifulwallpaper.com/monika_ zsibrita.shtml, into the msn.com search box and

pressing "enter."  I obtained page 11 of Exhibit 24 by clicking on the highlighted link

shown on page 10.  I sent a web page similar to page 11 of Exhibit 24 to Microsoft in

Perfect 10's June 2, 2008 notice and checked the image of Monika Zsibrita on that

page, indicating that it was copyrighted by Perfect 10.  I obtained pages 14-18 of

Exhibit 24 by doing an msn.com search on February 3, 2009.  The highlighted URLs

on those pages match the highlighted URLs shown on pages 12-13 of Exhibit 24.  I

obtained page 20 of Exhibit 24 by doing a Microsoft Image Search on January 21,

2009.  The checked URL matches the highlighted URL shown on page 19 of Exhibit

24.  I obtained page 22 of Exhibit 24 by inputting the highlighted URL shown on page

21 into the msn.com search box and pressing "enter."  Page 23 of Exhibit 24 is the

webpage that this link leads to.

**OTHER EXAMPLES OF MICROSOFT'S FAILURE TO ACT**

20.    Exhibit 24 provides examples of URLs identified in Perfect 10's

spreadsheet type notices that Microsoft has not removed from its search results, in

some cases for three or four years.   Exhibit 25 provides examples of infringing

URLs that Perfect 10 identified to Microsoft by attaching copies of infringing web

pages which displayed those URLs.  Microsoft has not removed from its search

results any infringing URLs identified in Exhibit 25, for at least six months after

receiving notice, if Microsoft has removed them at all.  Attached as pages 1, 2, 4,

and 6 of Exhibit 25 are copies of infringing web pages that I sent to Microsoft in

Perfect 10's December 26, 2007 notice.  I have placed after each page a Microsoft

1    search result showing that the identified link was not removed as of the date shown

2    on that page.  Attached as pages 8, 10-12, 14, 16, and 18 are copies of infringing

3    web pages that I sent to Microsoft in Perfect 10's June 2, 2008 notice.  I have

4    placed on pages 13, 15, 17, and 19 Microsoft search listings which I printed from

5    msn.com on February 3, 2009, with the exception of page 15, which I printed on

6    January 19, 2009, to show that as of those dates, Microsoft had not removed the

7    identified infringing links from its search results.

8         21.  For example, I sent pages 1 and 2 of Exhibit 25 to Microsoft in Perfect

9    10's December 26, 2007 notice, with the check marks as shown.  Those web pages

10   were contained in a folder labeled "CHECKED OR LARGE ARE P10," which

11   means that all of the images that were checked or were large in size were

12   copyrighted by Perfect 10.  I printed page 3 of Exhibit 25 on January 22, 2009,

13   which shows that Microsoft was still linking to the URLs which I have highlighted

14   at the bottom of pages 1 and 2 of Exhibit 25, namely

15   it.supereva.com/wallpaper/Models_e_Pinup/Isabelle_Funaro and

16   it.supereva.com/wallpaper/Models_e_Pinup/Isabelle_Funaro/images /n_1935.html.

17   I sent page 4 of Exhibit 25 to Microsoft as part of Perfect 10's December 26, 2007

18   notice.  That web page was contained in a folder labeled "ALL ARE P10," which

19   means that all of the images on the web pages that were not crossed out or part of

20   advertising banners, were copyrighted by Perfect 10.  Page 5 of Exhibit 25, which I

21   printed from msn.com on December 11, 2008, shows that Microsoft was

22   continuing to directly link in its search results to the URL

23   forum.phun.org/showthread.php?t=86066&page=12, which was identified by the

24   highlighted URL shown on page 4 of Exhibit 25. I sent page 6 of Exhibit 25 to

25   Microsoft as part of Perfect 10's December 26, 2007 notice.  That web page was

26   contained in a folder labeled "ALL ARE P10."  I have highlighted the URL at the

27   bottom of that web page, celebrities.org.ua/luba_shumeyko.  Page 7 of Exhibit 25

28   shows that msn.com was still directly linking to that identified infringing web page

1   as of February 5, 2009.  The highlighted URLs on pages 9, 13, 15, 17, and 19,

2   which I printed in January or February of 2009 (on the dates shown at the bottom

3   of the pages), correspond to the highlighted URLs shown at the bottom of pages 8,

4   10, 14, 16, and 18.  In each case, I identified the infringing URL and Microsoft had

5   not removed it from msn.com search results.  I attached as pages 20 and 21 of

6   Exhibit 25, additional notices that I sent to Microsoft on June 7, 2007 and June 2,

7   2008 which identified the infringing URL celebstation.org/

8   models/monika_zsibrita.php, that I discussed in paragraph 20.

9   **MICROSOFT CONTINUES TO PROVIDE SPONSORED LINKS TO**

10  **MASSIVE INFRINGERS OF P10 IMAGES**

11        22.  In Perfect 10's December 8, 2005, March 27, 2007, June 7, 2007, July

12  16, 2007, and December 26, 2007 notices, I included a significant numbers of

13  copies of full-size P10 Images infringed by Microsoft advertisers.  Such advertisers

14  included accessusenet.com (also known as 100proofnews.com), alibis.com,

15  giganews.com, newsrazor.net, newsgroup-binaries.com, newsgroupdirect.com,

16  newshosting.com, and thundernews.com.  For example, in Perfect 10's July 16,

17  2007 and December 26, 2007 notices to Microsoft, I included in each notice more

18  than 15,000 P10 Images infringed by the Microsoft advertiser giganews.com.

19  Exhibit 6, which I printed from msn.com on January 24, 2009, shows that as of that

20  date, Microsoft was continuing to provide sponsored links to giganew.com,

21  newsrazor.net, thundernews.com, newsgroup-binaries.com, accessusenet.com,

22  newshosting.com, and newsgroupdirect.com.  Those seven Microsoft advertisers

23  have stolen and are selling a total of more than 100,000 copies of Perfect 10

24  copyrighted images, worth millions of dollars.

25  **MICROSOFT CONTINUES TO DISPLAY UNAUTHORIZED**

26  **PASSWORDS TO PERFECT10.COM**

27        23.  Despite repeated notice from Perfect 10, Microsoft continues to

28  disseminate confidential username/password combinations which allow its users

1   unauthorized access to perfect10.com.  These username/password combinations

2   appear right in Microsoft's search results.  For example, Exhibit 5, which I printed

3   from msn.com on January 24, 2009, offers passwords for the usernames sbalsdorf,

4   wmjmd666, apple1, zopdvp, chewey, charrons, qrq75, and ukphil, among others.

5   The username/password combinations made available to msn.com users by

6   Microsoft have been used to download (between msn.com users and others), in

7   total, more than 3 million P10 Images.  I have included as Exhibit 26 the number

8   of unauthorized downloads that Perfect 10 has verified for each such

9   username/password combination.  The first entry of Exhibit 26 indicates that from

10  July of 2007 through December 21, 2008, the username password combination

11  starting with sbalsdorf was used to make approximately 803,580 unauthorized

12  downloads of P10 Images**.**

13  **MICROSOFT CONTINUES TO DISPLAY THE SAME IMAGES FOR**

14  **WHICH IT HAS RECEIVED NOTICE.**

15       24.   There are an infinite number of URLs that can be assigned to a

16  particular image.  It is not feasible for copyright holders to keep giving ISPs notice,

17  over and over, regarding the same image (or song, or movie, for that matter), only

18  to have the ISP continue to display or link to that same infringing material via a

19  different URL.  Since October 25, 2004, when I emailed to Microsoft Perfect 10's

20  first DMCA notice, I have provided Microsoft with multiple examples of

21  infringement of the same Perfect 10 copyrighted images.  Exhibit 27 contains

22  examples of Microsoft's ongoing display of the same P10 Images for which it has

23  received repeated notice.

24       25.   I obtained page 1 of Exhibit 27 by doing a Microsoft Image Search on

25  Kristel Kama on January 25, 2009, and then using Microsoft's "show similar

26  images" feature.  Each of the images of Kristel Kama on page 1 are essentially

27  identical to the image which Perfect 10 included in its June 7, 2007 notice (see

28  page 3 of Exhibit 19), as well as the image of Kristel Kama shown on page 8 of

Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment
Against Microsoft Corporation

Exhibit 24 identified by the URL unitedscripters.com/scripts/algo7.html included
in Perfect 10's January 8, 2006 notice.  (When I say essentially identical, I am
referring to the image of the model, and not necessarily the background.)   I have
provided Microsoft with many other notices regarding this image.  I obtained page
2 of Exhibit 27 by clicking on one of the thumbnails on page 1 of Exhibit 27.  The
resulting display is essentially identical to the display shown on page 3 of Exhibit
19 that was contained in Perfect 10's June 7, 2007 notice, and emanates from the
same infringing website.  I obtained page 3 of Exhibit 27 by doing a Microsoft
Image Search on "Marisa Miller nude" on January 24, 2009, and then using
Microsoft's "show similar images" feature.  The top three images on page 3
display a Perfect 10 copyright notice and are identical, for all practical purposes, to
the first image in Exhibit 17 which Perfect 10 gave Microsoft notice of on March
27, 2007, as well as page 1 of Exhibit 19, which was included in Perfect 10's June
7, 2007 notice.  I obtained page 4 of Exhibit 27 by clicking on one of the
thumbnails from page 3.  The resulting display is very similar to that shown on
page 1 of Exhibit 19.  The first nine images of Marisa Miller shown in pages 3-4 of
Exhibit 1, are essentially identical to images 4, 7, and 21 of Marisa Miller shown in
Exhibit 17.  In fact, the dimensions, 350x575 pixels, of two of the images of
Marisa Miller shown on the second row of page 3 of Exhibit 1, match the
dimensions of images 4 and 21 in Exhibit 17.   The images of Marisa Miller on
pages 3-4 of Exhibit 1 also are the same as the image of Marisa Miller shown on
page 2 of Exhibit 19, which was included in Perfect 10's June 7, 2007 notice.
Pages 5-11 of Exhibit 27, which were downloaded in mid to late January 2009, are
essentially identical to those that appear on pages 5-11 of Exhibit 19, which were
contained in Perfect 10's June 7, 2007 notice.

     26.   Exhibit 27 shows that Microsoft is continuing to offer identical, or
essentially identical, P10 thumbnails to the ones for which it has received notice,
even though it may be linking those identical thumbnails to a different infringing

1   website.  Even when Microsoft is not displaying an identical P10 thumbnail, it is

2   still in many cases offering the same infringing full-size P10 Image for which it

3   has received notice to its users to view and/or download.

4        27.   Attached as Exhibit 28 are examples of how Microsoft is continuing to

5   provide the same P10 Images for which it has received notice even when it is not

6   making a "thumbnail" of those images for its Image Search results.  I obtained

7   page 1 of Exhibit 28 by clicking on a non-P10 Microsoft thumbnail of Halle Berry

8   which linked to the infringing website, wallpapers.webz.cz, for which Perfect 10

9   gave notice in June of 2007.  The P10 Image of Marisa Miller displayed on page 1

10  of Exhibit 28 is essentially identical to the image of Marisa Miller for which

11  Perfect 10 provided notice to Microsoft in June of 2007 (see page 6 of Exhibit 19).

12  I obtained page 2 of Exhibit 28 by doing a Microsoft Image Search on

13  site:justinrossetti.com "Marisa Miller."  I then clicked on a non-P10 thumbnail of

14  Marisa Miller and was able to view and/or download the P10 Image of Marisa

15  Miller for which Perfect 10 provided notice to Microsoft on March 27, 2007 (see

16  images 2, 13, and 15 in Exhibit 17).  Both images of Marisa Miller in Exhibit 28

17  are part of "The Sample."

18  **MICROSOFT CONTINUES TO PROVIDE THOUSANDS OF LINKS TO**

19  **INFRINGING WEBSITES FOR WHICH IT HAS RECEIVED NOTICE**

20       28.   Despite Perfect 10's notices, Microsoft is continuing to provide

21  thousands of links to the infringing websites which Perfect 10 has identified.

22  Attached as Exhibit 29 is spreadsheet that I created showing the number of links

23  provided by Microsoft's search engine to these websites in January 2009, based on

24  search statistics which I have printed from msn.com and placed in Exhibit 9 (a

25  disk), in a folder labeled "msn.com links to infringing websites."  The site which

26  tops the list is rapidshare.com, which has infringed more than 23,000 P10 Images,

27  as well as billions of dollars in full-length movies and songs.  I have given

28  Microsoft notice of infringing P10 Images available through rapidshare.com

Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment
Against Microsoft Corporation

1   repeatedly, in notices dated December 8, 2005, July 16, 2007, December 26, 2007,

2   and June 2, 2008.  Attached as Exhibit 30 is an article about Rapidshare.  It states,

3   "Rapidshare.de domain was banned by [Google] Adsense since it was primarily

4   used for sharing bulk of illegal content including warez, pirated movies, MP3

5   songs, etc."  Pages 2-3 of Exhibit 30 are a print-out from whatsrapidshare.com.  On

6   page 2, it says, "every movie, every song, …., literally anything that can be stored

7   on a hard drive, you can find on the Rapidshare servers."  On page 3 it states, "You

8   will never ever buy another program, game, or music album ever again."

9       29.   Giganews.com is listed sixth in Exhibit 29.  Giganews.com is a

10  Microsoft advertiser, which has infringed more than 16,000 P10 Images, and also

11  offers thousands of pirated full-length movies and most popular songs.  I have

12  spent a significant amount of time exploring the sites listed in Exhibit 29.  They are

13  all massive infringers.  They each offer infringing P10 Images along with vast

14  amounts of other obviously stolen content.

15  **MICROSOFT WAITED UNTIL JUNE 26-29, 2007 TO PROCESS PORTIONS**

16  **OF PERFECT 10'S MARCH 27, 2007 NOTICE**

17      30.   Attached as Exhibit 31 are three pages that were produced by Microsoft to

18  Perfect 10 in discovery.  On page 1 of Exhibit 31, it says "6/29/07" and then "Opened

19  by judywe."  I removed a few intervening pages to reduce the size of the exhibits.  On

20  pages 2 and 3 of Exhibit 31, I highlighted some URLs that match the URLs that

21  Perfect 10 gave Microsoft notice of on March 27, 2007 (see Exhibit 17).  I am not

22  aware of any actions that Microsoft took in response to Perfect 10's notices prior to

23  June 26, 2007.

24  **YAHOO! WAS ABLE TO PROCESS PERFECT 10'S NOTICES IN 3 DAYS**

25      31.   Yahoo!'s initial reaction to Perfect 10's DMCA notices was similar to

26  other search engines – it did nothing.  However, after Perfect 10 sent to Yahoo! a draft

27  complaint, Yahoo! began to take some action with regard to Perfect 10's notices.

28  Attached as Exhibit 32 is a portion of a DMCA notice that I sent to Yahoo! on April 3,

2007.  (The complete notice is contained in Exhibit 9 (the disk) in a folder labeled "Yahoo! notice").  I have placed green checks next to four URLs on page 1 of Exhibit 32.  Exhibit 33 shows that Yahoo! removed images corresponding to those URLs from its image search results within three days.  Pages 1 of Exhibit 33 show Yahoo! image search results on Perfect 10 model Heather Fussner one day before I sent the DMCA notice to Yahoo!  Page 2 of Exhibit 33 shows the search results three days after Yahoo! received the notice.  Two images have been removed, from the infringing webpage determined by the first URL in Perfect 10's notice; namely bootsranch.com/memberswextmodels.htm.  Pages 3 and 4 of Exhibit 33 show the results of a Yahoo! Image Search on "Isabelle Funaro" one day before I sent the DMCA notice on April 2, 2007, and three days after Yahoo! received my notice.  The three images from the infringing webpage determined by the second checked URL on page 1 of Exhibit 32, namely, akiwiwi.free.fr, have been removed.  Pages 5 and 6 of Exhibit 33 show the results of a Yahoo! image search on "Nataskia Maren" one day before Yahoo! received Perfect 10's notice and three days after.  Images from the web pages determined by the two checked URLs on page 1 of Exhibit 32, namely ipgeneral.com/~renegade/newsart/bikini.central and scancoo.com/.../image5.htm, as well as other images of Nataskia Maren from scancoo.com have been removed.

32.    Yahoo! was also able to process in three days another notice that I sent them which contained copies of the actual infringing web pages.  Attached as Exhibit 34 is the relevant portion of a notice that I sent to Yahoo! on August 11, 2008, relating to infringements on the website codogno.com.  (The letter accompanying the notice and the attached excel spreadsheet are included in Exhibit 9 (a disk) in a folder labeled "Yahoo notice.")  Page 1 of Exhibit 34 shows the results of a Yahoo combination search which I performed on August 10, 2008 with the safe search filter off.  The combination search I used was "site:codogno.com amy weber".  There were three results on August 10, 2008, as shown on page 1.  I sent pages 2 and 3 of Exhibit 34, with the green check marks, to Yahoo! as part of Perfect 10's August 11, 2008 notice.

1  I stated that any images with green check marks next to them were copyrighted by
2  Perfect 10.  I obtained page 2 of Exhibit 34 by clicking on the first search result shown
3  on page 1 of Exhibit 34.  I obtained page 3 of Exhibit 34 by clicking on the second
4  search result shown on page 1 of Exhibit 34.  Page 4 of Exhibit 34 shows the results of
5  the same Yahoo! search which I performed on August 15, 2008, three days after
6  Yahoo! received Perfect 10's notice.  Page 4 of Exhibit 34 shows that Yahoo! removed
7  the two results that linked to the web pages shown on pages 2 and 3 of Exhibit 34 in
8  three days.

9        33.    Attached as Exhibit 35 is the email that I received from Yahoo! after they
10 received my August 11, 2008 notice.  There is no suggestion in that email that any
11 portion of the notice was deficient.

12            I declare under penalty of perjury under the laws of the United States of
13 America that the foregoing is true and correct to the best of my knowledge.  Executed
14 this 8th day of February, 2009 at Los Angeles County, California.

15

16                    _____
                         /s/  *Norman Zada*

17                    NORMAN ZADA

18

19

20

21

22

23

24

25

26

27

28

Declaration of Dr. Norman Zada in Support of Perfect 10's Motion for Partial Summary Judgment
Against Microsoft Corporation