Exhibit 26

## PERFECT 10 Admin

**Admin Home** : **Galleries** : **Members** : **Good Logins** : **Bad Logins** : **Downloads** : **Epoch Trans Stats** : **Member Cancel Stats** : **Support Tickets** : **Backup Database** : **MySQL Admin**

# Members



<< previous | 1 | **2** | **3** | **4** | **5** | **6** | **7** | **8** | **9** | **next >>**

Active Members: 1262 - Inactive Members: 5345

Page 1 of 23, showing 300 records out of 6607 total, starting on record 1, ending on 300

| Id | Username | Passwordcrypted | Passwordclean | Active | Downloads | Last Activity | Actions |
|------|-----------|-----------------|---------------|--------|-----------|---------------------|-------------------|
| 509 | sbalsdorf | 37ZWrvmgOgn.s | willieprep | 0 | 803580 | 2008-12-21 02:51:11 | View Edit Delete |
| 128 | charrons | TsKhvH0dhcfbo | 071727 | 0 | 766655 | 2008-12-20 19:05:00 | View Edit Delete |
| 852 | apple1 | ytGvNh17ymzbc | carrot | 0 | 592680 | 2008-12-20 19:43:00 | View Edit Delete |
| 1421 | qrq75 | kv4RvVzkSM12A | taurussho1 | 0 | 509271 | 2008-10-11 11:35:07 | View Edit Delete |
| 522 | chewey | o5PBtgA1QGWLk | stoney | 0 | 472165 | 2008-12-20 22:55:12 | View Edit Delete |
| 352 | wmjmd666 | mqurLKSPKpzdE | zayla666 | 0 | 366860 | 2008-12-20 18:01:00 | View Edit Delete |
| 368 | teddy127 | | | 1 | 276411 | 2009-01-24 17:02:52 | View Edit Delete |
| 1394 | zopdvp | | | 1 | 270234 | 2009-01-24 15:00:05 | View Edit Delete |
| 762 | ukphil | | | 1 | 262252 | 2009-01-24 17:03:42 | View Edit Delete |
| 596 | jjadamsco1 | | | 0 | 257256 | 2008-12-20 17:25:00 | View Edit Delete |
| 412 | 84az193e | | | 1 | 78878 | 2009-01-22 23:43:34 | View Edit Delete |
| 6332 | visitor2008 | | | 1 | 69610 | 2008-11-19 18:58:00 | View Edit Delete |
| 1179 | iknowkevin | | | 1 | 68060 | 2009-01-24 18:43:02 | View Edit Delete |
| 114 | meaz19e | | | 1 | 63789 | 2009-01-24 11:06:23 | View Edit Delete |
| 364 | wdsaz19b | | | 1 | 56224 | 2009-01-24 05:48:29 | View Edit Delete |
| 286 | wdaz19un | | | 1 | 55309 | 2009-01-24 17:02:11 | View Edit Delete |
| 319 | zaz1945g | | | 1 | 53742 | 2009-01-24 18:37:14 | View Edit Delete |
| 312 | 3eaz19nb | | | 1 | 48988 | 2009-01-17 19:10:58 | View Edit Delete |
| 116 | cxaz19vb | | | 1 | 48429 | 2009-01-19 06:28:45 | View Edit Delete |
| 6465 | viewer | | | 0 | 45932 | 2008-12-08 22:58:47 | View Edit Delete |
| 742 | gator092 | | | 1 | 38058 | 2007-12-03 12:00:00 | View Edit Delete |
| 2940 | davass | | | 0 | 34992 | 2009-01-02 11:02:44 | View Edit Delete |
| 411 | dfaz19gb | | | 1 | 34826 | 2009-01-23 20:14:26 | View Edit Delete |
| 361 | gfxaz19x | | | 1 | 34258 | 2009-01-21 14:37:11 | View Edit Delete |
| 281 | edbaz19e | | | 1 | 29581 | 2009-01-23 10:28:57 | View Edit Delete |
| 1114 | rmcquate | | | 1 | 29491 | 2009-01-24 16:56:12 | View Edit Delete |
| 145 | xaz19we | | | 1 | 29321 | 2009-01-18 23:44:02 | View Edit Delete |
| 409 | ed4az19d | | | 1 | 28611 | 2009-01-24 14:17:04 | View Edit Delete |
| 4102 | krakom | | | 0 | 27651 | 2008-04-02 19:09:06 | View Edit Delete |
| 288 | 2waz19em | | | 1 | 27019 | 2009-01-20 17:15:25 | View Edit Delete |
| 2747 | abcidiot | | | 0 | 26629 | 2008-01-20 09:55:30 | View Edit Delete |
| 3928 | 1951lbost | | | 0 | 26613 | 2008-05-18 03:58:40 | View Edit Delete |
| 317 | tgaz19xs | | | 1 | 26581 | 2009-01-24 12:36:20 | View Edit Delete |
| 2381 | Iryna123 | | | 1 | 24761 | 2009-01-23 17:12:27 | View Edit Delete |
| 403 | heaz19fv | | | 1 | 23990 | 2009-01-19 17:51:12 | View Edit Delete |
| 5998 | arby100 | | | 1 | 23825 | 2009-01-23 08:21:39 | View Edit Delete |
| 4066 | gator09 | | | 1 | 22793 | 2008-04-27 17:52:17 | View Edit Delete |
| 406 | udfaz19k | | | 1 | 22731 | 2009-01-24 04:33:49 | View Edit Delete |
| 5118 | Quinn9450 | | | 0 | 22727 | 2008-07-07 23:58:54 | View Edit Delete |
| 4094 | wilhunt01 | | | 0 | 22417 | 2008-04-02 05:09:55 | View Edit Delete |

# Exhibit 27

"Kristel Kama" - Live Search Imágenes

Live Search  |  MSN  |  Windows Live  |  Hotmail                    Estados Unidos  |  Opciones  |  cashback  |  Iniciar sesión

 Live Search

[                                        ] [🔍]

# Imágenes   ·   **Web**, **Vídeo**, **Noticias**, **Mapas**, **Más** ▼

Búsqueda segura desactivada ( **Cambiar** )

| **_21361.jpg** | **21361.jpg** | **02215436.jpg** |
|---|---|---|
|  |  |  |
| dimensiones: 120 x 179 | dimensiones: 468 x 700 | dimensiones: 460 x 572 |
| tamaño del archivo: 5 KB | tamaño del archivo: 39 KB | tamaño del archivo: 28 KB |
| http://qhodnoceni.centrum.cz/profil.php?u… | http://qhodnoceni.atlas.cz/view_foto.php?fi… | http://www.boredmuch.com/view.php?id=22 |

| **kristel%20kama.jpg** | **Kristel_Kama.jpg** | **Kristel_Kama_8601105257PM414.jp** |
|---|---|---|
|  |  |  |
| dimensiones: 744 x 736 | dimensiones: 1024 x 768 | dimensiones: 1024 x 768 |
| tamaño del archivo: 38 KB | tamaño del archivo: 249 KB | tamaño del archivo: 308 KB |
| http://faces.simsiyah.com/imagepages/kris… | http://www.wallpaper-gallery.de/pixlie.php… | http://gallery.ocmodshop.com/gallery.asp?… |

| **_21345.jpg** | **_971699c.jpg** | **_67439.jpg** |
|---|---|---|

Exhibit 27, Page 1



Live Search   |   MSN   |   Windows Live   |   Hotmail

United States   |   Options   |   cashback   |   Sign in

**Live Search**

**Images**   ·   Web, Video, News, Maps, More ▼

SafeSearch Off   ( Change )

**Marisa%20Miller%20Nude%201.jpg**



dimensions: 465x700
file size: 44kB
http://www.hogrockcafe.com/marisa_miller...

**Marisa_Miller_Nude_ns4w.org_5.jp**



dimensions: 485x730
file size: 111kB
http://ns4w.org/tag/marisa-miller/

**marisa_miller_26.jpg**



dimensions: 485x730
file size: 71kB
http://digg.com/apple/Marisa_Miller_iPod_...

**marisa-miller-nude.jpg**



dimensions: 262x400
file size: 20kB
http://www.celebtease.com/2008/02/maris...

**marisa-miller-04.jpg**



dimensions: 160x205
file size: 10kB
http://www.celebrityinpose.com/naked-cel...

**Marisa%20Miller%20Nude%204.jpg**



dimensions: 485x678
file size: 40kB
http://hogrockcafe.com/marisa_miller.htm

**Marisa_Miller_Nude_ns4w.org.jpg**

**marisa_miller.jpg**

**1.jpg**

Exhibit 27, Page 3







Case 2:07-cv-05156-AHM-SH   Document 68-7   Filed 02/08/09   Page 10 of 15   Page ID #:947



Exhibit 27, Page 7



Case 2:07-cv-05156-AHM-SH Document 68-7 Filed 02/08/09 Page 12 of 15 Page ID #:949



Exhibit 27, Page 9





