O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5156 AHM (SHx) | Date | February 13, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. MICROSOFT CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

In response to the parties' "Joint Stipulation and Status Report Regarding Case Scheduling," the Court ORDERS:

(1) By February 23, 2009, Microsoft must produce a revised counter-designation that indicates which scenario(s) each designated work represents. In essence, to the spreadsheet in Exhibit B to the Joint Stipulation, Microsoft must add a column or columns containing the corresponding scenarios, as Perfect 10 did in the "Copyright Spreadsheet" and "Scenario Spreadsheet" in its January 20, 2009 production. Any work that does not represent a scenario that Perfect 10 has selected cannot be included in the counter-designation. In its revised spreadsheet, Microsoft may not designate more than 227, but it may designate fewer.

(2) The deadline for Perfect 10 to provide the required discovery for the counter-designated works depends on the number of works, as follows:

| If Microsoft Counter-Designates. . . | Then Perfect 10's Deadline Is |
|---|---|
| 70 or fewer works | March 2, 2009 |
| 70-95 works | March 9, 2009 |
| 96-120 works | March 16, 2009 |
| 121-145 works | March 23, 2009 |
| 146-170 works | March 30, 2009 |
| 171-195 works | April 6, 2009 |
| 196-227 works | April 13, 2009 |

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5156 AHM (SHx) | Date | February 13, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. MICROSOFT CORPORATION | | |

When Microsoft produces its revised spreadsheet by February 23, 2009, its production will trigger the corresponding deadline without further order of the Court.

(3) The schedule for this case is:

| Trial Date | August 11, 2009 |
|---|---|
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | July 27, 2009 |
| Lodge Pretrial Conf. Order  File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | July 20, 2009 |
| Last day for hand-serving Motions in Limine | July 13, 2009 |
| Last Day to meet Before Final Pretrial Conference (L.R. 16-2) | July 2, 2009 |
| Last day for hearing motions | June 29, 2009 |
| Last day for hand-serving motions and filing (other than Motions in Limine) | June 1, 2009 |
| Expert discovery cut-off | May 26, 2009 |
| Non-expert discovery cut-off | May 11, 2009 |
| Rebuttal Expert Witness Disclosure | May 4, 2009 |
| Opening Expert Witness Disclosure | April 6, 2009 |
| Last day to conduct Settlement Conference | March 23, 2009 |
| Last Day to Amend Pleadings | March 2, 2009 |

|   |   : |   |
|---|---|---|
| | Initials of Preparer | SMO |