O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5156 AHM (SHx) | Date | February 20, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. MICROSOFT CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

The Court DENIES Microsoft's *ex parte* application for a stay or Rule 56(f) continuance of Perfect 10's motion for partial summary judgment. Microsoft's opposition is due February 23, 2009. Microsoft had notice that the two-week-interval briefing schedule applied to this motion at least as of February 9, 2009, when Perfect 10 filed the motion and when the parties filed their Joint Stipulation and Status Report Regarding Case Scheduling. The parties are unable to agree on a sequence for summary judgment motions, and the Court does not have sufficient reason to stay Perfect 10's motion so that Microsoft could have its yet unfiled summary judgment motions heard first. Microsoft has not established that the discovery it claims it needs is actually necessary for it to fully oppose the arguments Perfect 10 makes in its motion.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |