JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION, a corporation,<br><br>        Defendant. | CASE NO. CV 07-5156 AHM (SHx)<br><br>ORDER FOR DISMISSAL WITH PREJUDICE |

Order for Dismissal with Prejudice

The Court hereby dismisses this action, *Perfect 10, Inc. v. Microsoft Corporation,* CV 07-5156 AHM (SHx) ("the Action"), with prejudice, pursuant to the parties' Settlement Agreement and Stipulation, with each party to bear its own attorneys fees and costs.

This Court shall retain continuing jurisdiction over the Action and over the parties for the purpose of enforcing the terms of the Settlement Agreement, including by motion.

By not later than April 24, 2009, and as a condition of this order going into effect, the parties shall file a copy of the Settlement Agreement under seal.

IT IS SO ORDERED.

Dated: April 21, 2009

_____
A. HOWARD MATZ
United States District Judge

JS-6

1
Order for Dismissal with Prejudice