O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV07-5156-AHM (SHx) | Date | June 3, 2009 |
|---|---|---|---|
| Title | PERFECT 10, INC. v. MICROSOFT CORPORATION | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Jeffrey N. Mausner | Andrew P. Bridges (via tel.) | | |

**Proceedings:**   Status Conference (non-evidentiary)

Cause called; appearances made. Also present is the Hon. Stephen J. Hillman. Court confirms that participation in this status conference does not construe a waiver of any applicable privilege.

Court and counsel confer on the impact of the various case management orders issued in this action on the parties' settlement.

After consulting with their respective clients, counsel are to inform the Deputy Clerk whether or not their clients object to the unsealing of the transcript of this hearing. The parties or their counsel are to split the cost of ordering a sealed transcript.

|  | 1 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | SMO | |